# For The District Court of South Carolina

**John Medaglia III**  **CASE NO. 1:24-CV-00533-MGL-SVH**
*Plaintiff*

**V.**

**Chief Wiggins and The Allendale Police Department**
*Defendant(s)*

# Objections To Reports and Recommendations

I am writing to formally object to the reports and recommendations issued by The United States District Court for the District Court of South Carolina dated 8-23-24 concerning my civil rights lawsuit in the above-referenced case.

1. Introduction

I respectfully submit this objection to contest the findings and recommendations as detailed in the report. While I appreciate the efforts of the [State Agency/Official], I believe that certain aspects of the report do not accurately reflect the evidence or applicable law.

2. Grounds for Objection

a. Misinterpretation of Facts

The report inaccurately characterizes key facts of the case. Specifically, the definition of the word press, and the necessities to be able to arrest someone for trespassing on public property These inaccuracies affect the conclusions drawn and undermine the integrity of the recommendations.

b. Legal Errors

The recommendations appear to be based on an incorrect interpretation of the law. In particular, the Defendants are going about their entire defense as though I was guilty of causing a disturbance, and that was the reason I was arrested. I have been contacting the court trying to get a record of when my case was adjourned in, but i have yet to receive any such emails or return calls but about a month later the issue in question was tried in court, and I the Defendant in that case, was found not guilty on all charges and was found not to be the actual disturbance in the situation, therefore i had no reason to be trespassed from the building, as I was on public property, within the normal hours of business, and was simply expressing our first amendment rights. This misinterpretation impacts the recommended

course of action and fails to address the legal standards pertinent to this case.

c. Insufficient Consideration of Evidence

Certain critical pieces of evidence were not adequately considered in the report. For instance, when this incident occurred and the Defendant Chief Wiggins arrived on scene, there was no real investigation into what actually happened, he did not question the man as to why he approached me and stepped within 6 inches of me, he was not entirely aware of the fact that I had not been the instigator in the situation as was provide in court later, and he showed no efforts to really discover what had happened in detail at all. This evidence is crucial for a fair assessment of the claims and should have been addressed comprehensively.

3. Request for Relief

Based on the aforementioned issues, I request that the Court:

- Reject the findings and recommendations of the report.

- Review the case in light of the corrected facts and legal standards.

- Set a date for Summary Judgement to have a full review of the case and all evidence as both parties have argued their side and motioned for summary judgment

4. Conclusion

I appreciate the Court's attention to these objections. I am confident that a thorough review will demonstrate that the report's recommendations do not align with the facts or the law and that the relief I seek is warranted.

Thank you for considering my objection.

4029 Sorensten Drive

Aiken SC, 29803

9/5/24